United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 10, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 03-20333

---

PLEASANTVILLE CIVIC LEAGUE OF HOUSTON, TEXAS; ET AL,

Plaintiffs,

BRANDECE J. ABBOTT; BRENDAN E. ADAMS;
JERMY LAVON ADAMS; KEVIN CRAIG ADAMS, JR.;
TASHUANA NICOLE ADAMS; ET AL,

Plaintiffs-Appellants,

versus

GUARDIAN AD LITEM, also known as Kim Ballew,

Plaintiff-Appellee,

versus

LOGISTICS PARTNERS, INC., ET AL,

Defendants,

---

Consolidated with
No. 03-20334

PLEASANTVILLE CIVIC LEAGUE OF HOUSTON, TEXAS,
Etc.; ET AL,

versus

LOGISTICS PARTNERS, INC., ET AL,

Defendants,

U. LAWRENCE BOZE; GARY WILLIAMS PARENTI FINNEY
LEWIS McMANUS WATSON & SPERANDO,

Appellants.

---

Appeals from the United States District Court

For the Southern District of Texas
(H-97-CV-2894)

Before HIGGINBOTHAM, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

We must dismiss for want of appellate jurisdiction. The orders for which review is sought are interlocutory and unappealable rulings. Unfortunately, this effort to appeal apparently has prevented the district court from acting, a delay that only adds difficulty to a case with more than its share of confounding administrative difficulties.

DISMISSED for want of jurisdiction.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.